

# Fourth Court of Appeals
## San Antonio, Texas

July 1, 2019

No. 04-18-00831-CV

Michael Thomas **PAUL**,
Appellant

v.

Miguel **LOPEZ**, David Padilla, John Stricklin, Javier Zuniga, and San Antonio Television, LLC,
Appellees

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 18-2085-CV-A
Honorable Jessica Crawford, Judge Presiding

# O R D E R

This is an appeal from a judgment granting a motion to dismiss under Chapter 27 of the Texas Civil Practice and Remedies Code. This appeal is accelerated. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 27.008(b) (stating that a court of appeals shall expedite an appeal from an order on a motion to dismiss under Chapter 27); TEX. R. APP. P. 28.1(a) (providing appeals required by statute to be expedited are accelerated appeals). Appellant's brief was originally due on May 7, 2019. *See* TEX. R. APP. P. 38.6(a) (providing the appellant in an accelerated appeal must file a brief within 20 days after the later of the date the clerk's record or the reporter's record was filed). When neither the brief nor a motion for extension of time was filed, we issued an order informing appellant that his brief was overdue and directing him to file his brief on or before June 3, 2019. In response, appellant filed a motion for extension of time to file his brief. We granted appellant's motion in part and ordered appellant to file his brief on or before June 26, 2019. We warned appellant that no further extension would be granted absent extenuating circumstances. Neither a brief nor a motion for extension of time was filed.

We, therefore, **ORDER** appellant to file, **on or before July 15, 2019**, his appellant's brief and a written response reasonably explaining (1) his failure to timely file the brief and (2) why appellee is not significantly injured by his failure to timely file a brief. **If appellant fails to file a brief and the written response by the date ordered, we will dismiss this appeal for want of prosecution.** *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant has failed to comply with a court order).

_____
Irene Rios, Justice


      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of July, 2019.



_____
Keith E. Hottle,
Clerk of Court